IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTICAL STORAGE SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ASUS COMPUTER INTERNATIONAL, DELL, INC., HEWLETT-PACKARD COMPANY and PHILIPS & LITE-ON DIGITAL SOLUTIONS CORPORATION<br><br>Defendants. | §§§§§§§§§§§§§<br><br>CIVIL ACTION NO. _____<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff OPTICAL STORAGE SOLUTIONS LLC ("Plaintiff") files this Original Complaint against Defendants ASUS COMPUTER INTERNATIONAL, DELL, INC., HEWLETT-PACKARD COMPANY and PHILIPS & LITE-ON DIGITAL SOLUTIONS CORPORATION, alleging as follows:

### I. THE PARTIES

1. Plaintiff is a limited liability company organized and existing under the laws of the State of Texas, with a principal place of business in Fort Worth, TX.

2. Upon information and belief ASUS COMPUTER INTERNATIONAL ("ASUS") is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 44370 Nobel Drive, Fremont, CA.  ASUS may be served with process by serving its registered agent, CT Corporation System located at 350 North St. Paul Street, Suite 2900, Dallas, TX.

1

3. Upon information and belief, DELL, INC. ("DELL") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 1 Dell Way, Round Rock, Texas. DELL may be served with process by serving its registered agent, Corporation Service Company located at 211 E. 7th Street, Suite 620, Austin, TX.

4. Upon information and belief HEWLETT-PACKARD COMPANY ("HP") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 3000 Hanover Street, Palo Alto, CA. HP may be served with process by serving its registered agent, CT Corporation System located at 350 North St. Paul Street, Suite 2900, Dallas, TX.

5. Upon information and belief, PHILIPS & LITE-ON DIGITAL SOLUTIONS CORPORATION ("PLDS") is a corporation organized and existing under the laws of Taiwan, with a principal place of business at 16F, 392, Ruey Kuang Road, Neihu, Taipei, 114, Taiwan. Defendant PLDS engages in business in the State of Texas but, upon information and belief, does not maintain a regular place of business in the State or a designated agent for service of process. Therefore, pursuant to § 17.044 of the Tex. Civ. Prac. & Rem. Code, Defendant PLDS has designated the Secretary of State as its agent for service of process and may be served with process through its counsel or by serving the Secretary of State. The Secretary of State may forward service to Defendant PLDS at its home office address located at 16F, 392, Ruey Kuang Road, Neihu, Taipei, 114, Taiwan.

## II.  JURISDICTION AND VENUE

6. This is an action for patent infringement arising under the patent laws of the United States, Title 35 United States Code.  This Court has exclusive subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §1338(a).

7. Plaintiff is a Texas Limited Liability Company, and maintains its principal place of business in Fort Worth, Texas.

8. Upon information and belief, Defendants have minimum contacts within the State of Texas and within the Tyler Division of the Eastern District of Texas such that this venue is a fair and reasonable one.

9. Defendants have committed such purposeful acts and/or transactions in Texas that it reasonably knew and/or expected that it could be hailed into a court as a future consequence of such activity.

10. Upon information and belief, Defendants have regularly transacted or solicited and, at the time of the filing of this Complaint, is transacting and soliciting business within the Tyler Division of the Eastern District of Texas and elsewhere in Texas.

11. Upon information and belief, Defendants engage in other persistent courses of conduct and derives substantial revenue from products provided to individuals within the Tyler Division of the Eastern District of Texas and elsewhere in Texas.

12. Upon information and belief, Defendants have committed acts of patent infringement within the Tyler Division of the Eastern District of Texas and elsewhere in Texas.

13. For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(b).

## III.  PATENT INFRINGEMENT

14. On March 5, 2013, United States Patent No. RE44,044 ("the '044 Patent" or "Patent-In-Suit") was duly and legally issued for a "HIGH CAPACITY COMPACT DISC PLAYER."  The '044 Patent issued as a Reissued Patent of United States Patent No. 6,215,754 (the "'754 Patent") for the unexpired term thereof.  The application for the '754 Patent was filed on Dec. 30, 1997, and the '754 Patent issued on April 10, 2001.  Pursuant to 35 U.S.C. § 251, the application for the '044 Patent was filed on November 24, 2004 as a continuation of application No. 10/409/700, which was filed on April 9, 2003. A true and correct copy of the '044 Patent is attached hereto as Exhibit "A" and made a part hereof.

15. Plaintiff is the owner of all right, title and interest of the Patent-in-Suit, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the Patent-in-Suit.  Accordingly, Plaintiff possesses the exclusive right and standing to prosecute the present action for infringement of the Patent-in-Suit by Defendants.

16. Upon information and belief, Defendants manufacture, make, have made, use, practice, import, provide, supply, distribute, sell and/or offer for sale products and/or systems that infringe one or more claims in the Patent-in-Suit.

17. Specifically, Defendant ASUS has infringed and continues to infringe at least independent Claim 34 and dependent claims 35 and 37 of the '044 Patent, by its manufacture, use, sale, importation, and/or offer for sale of computers that include disc drives manufactured by Philips & Lite-On Digital Solutions Corporation ("PLDS").

18. Upon information and belief, the Defendant Asus' personal computers, notebooks, and laptops that include the PLDS disc drives include, without limitation:

| ASUS Computer | PLDS Disc Drive |
|---|---|
| ET2701INKI | PLDS/DS-8A8SH (Part #: 1760100010400) |
| | PLDS/DS-6E2SH (Part # 17G161132102) |
| ET2410IUTS | PLDS/DS-8A5SH (Part # 17G14113440C) |
| ET2411INKI | PLDS/DS-8A8SH (Part #: 1760100010400) |
| | PLDS/DS-6E2SH (Part # 17G161132102) |
| ET2411IUKI | PLDS/DS-8A8SH (Part #: 1760100010400) |
| | PLDS/DS-6E2SH (Part # 17G161132102) |
| ET2411IUTI | PLDS/DS-8A8SH (Part #: 1760100010400) |
| | PLDS/DS-6E2SH (Part # 17G161132102) |
| ET2210IUTS | PLDS/DS-8A5SH (Part # 17G14113440C) |
| CM6870 | PLDS/DH-24ACSH (Part #: 1760000020000) |
| | PLDS/DH-24ABS (Part #: 17G141148000DP) |
| Essentio CM6730 | PLDS/DH-24ACSH (Part #: 1760000020000) |
| | PLDS/DH-24ABS (Part #: 17G141148000DP) |

| ASUS Computer | PLDS Disc Drive |
|---|---|
| Essentio CM6830 | PLDS/DH-24ACSH (Part #: 1760000020000) |
| Essentio CM6830 | PLDS/DH-24ABS (Part #: 17G141148000DP) |
| CP6230 | PLDS/DH-24ACSH (Part #: 1760000020000) |
| CP6230 | PLDS/DH-24ABS (Part #: 17G141148000DP) |
| BT6130 | PLDS/DS-8A8SH (Part #: 1760100010400) |
| BM6875 | PLDS/DH-24ACSH (Part #: 1760000020000) |
| BP6320 | PLDS/DH-24ACSH (Part #: 1760000020000) |
| BP6375 | PLDS/DH-24ACSH (Part #: 1760000020000) |
| BP6230 | PLDS/DH-24ACSH (Part #: 1760000020000) |
| N76VZ | PLDS/DS-8A8SH (Part #: 1760100010400) |
| N76VZ | PLDS/DS-6E2SH (Part # 17G161132102) |
| N56DP | PLDS/DS-8A8SH (Part #: 1760100010400) |
| N56DP | PLDS/DS-6E2SH (Part # 17G161132102) |
| N56VM | PLDS/DS-6E2SH (Part # 17G161132102) |

| ASUS Computer | PLDS Disc Drive |
|---|---|
| N56VZ | PLDS/DS-8A8SH (Part #: 1760100010400) |
| | PLDS/DS-6E2SH (Part # 17G161132102) |
| G55VW | PLDS/DS-8A8SH (Part #: 1760100010400) |
| | PLDS/DS-6E2SH (Part # 17G161132102) |
| G75VW | PLDS/DS-8A8SH (Part #: 1760100010400) |
| | PLDS/DS-6E2SH (Part # 17G161132102) |
| X75A | PLDS/DS-8A8SH (Part #: 1760100010400) |
| K55A | PLDS/DS-8A8SH (Part #: 1760100010400) |
| | PLDS/DS-6E2SH (Part # 17G161132102) |
| K55VD | PLDS/DS-8A8SH (Part #: 1760100010400) |
| K55VM | PLDS/DS-8A8SH (Part #: 1760100010400) |
| K53E | PLDS/DS-4E1S (Part#: 17G161114104 ) |
| | PLDS/DS-6E2SH (Part # 17G161132102) |
| K53SD | PLDS/DS-6E2SH (Part # 17G161132102) |

| ASUS Computer | PLDS Disc Drive |
|---|---|
| K53U | PLDS/DS-8A8SH (Part #: 1760100010200) |
| | PLDS/DS-4E1S (Part # 17G161114104) |
| | PLDS/DS-6E2SH (Part # 17G161132102) |
| | PLDS/DS-8A5SH (Part # 17G14113440C) |
| ASUSPRO ADVANCED B53S | PLDS/DS-8A5SH (Part # 17G14113440C) |
| ASUSPRO ESSENTIAL P43E | PLDS/DS-8A5SH (Part # 17G14113440C) |
| ASUSPRO ESSENTIAL P53E | PLDS/DS-8A5SH (Part # 17G14113440C) |

19. Specifically, Defendant DELL has infringed and continues to infringe at least independent Claim 34 and dependent claims 35 and 37 of the '044 Patent, by its manufacture, use, sale, importation, and/or offer for sale of computers that include disc drives manufactured by PLDS.

20. Upon information and belief, the DELL personal computers, notebooks, and laptops that include the PLDS disc drives include, without limitation:

| DELL Computer | PLDS Disc Drive |
|---|---|
| Inspiron 660 | PLDS DVD+/-RW DH-16ACS H |

| Inspiron 660s | PLDS DVD+/-RW DH-16ACS H |
|---|---|
| XPS 8500 | PLDS DVD+/-RW DH-16ACS H |
| XPS 8500 Special Edition | PLDS DH-12E3SH |
| Alienware X51 | PLDS DVD+- RW DL-8A4SH ATA Drive |
| Alienware Aurora | PLDS DH-12E3SH 12X HH SATA Trayload DVDRWBD-ROM |
| | PLDS DH-16A6S SATA HH DVDRW |
| | PLDS DH-6E2S 6X HH SATA Trayload DVDRWBD-ROM |
| | PLDS DH-8B2SH SATA HH 8X BD-RE |
| New Inspiron 15R | PLDS DS-6E2SH 12.7 Tray BD-Combo |
| New Inspiron 17R | PLDS DS-6E2SH 12.7 Tray BD-Combo |
| New Inspiron 14R | PLDS DS-8A5SH 12.7 SATA Trayload DVDRW |
| | PLDS DS-6E2SH 12.7 Tray BD-Combo |
| | PLDS DS-4E1S 12.7 Tray BD-Combo |
| New Inspiron 15 | PLDS DS-8A5SH 12.7 SATA Trayload DVDRW |
| New Inspiron 17 | PLDS DS-8A5SH 12.7 SATA Trayload DVDRW |

|  | PLDS DS-6E2SH 12.7 Tray BD-Combo |
|---|---|
|  | PLDS DS-4E1S 12.7 Tray BD-Combo |
| Inspiron 14z Ultrabook | PLDS DS-8A4S 12.7 SATA Trayload DVDRW |
| Inspiron 15z Ultrabook | PLDS DS-8A4S 12.7 SATA Trayload DVDRW |
| XPS 14 Ultrabook | PLDS DU-8A3S |
| New Inspiron 17R Special Edition | PLDS DS-6E2SH 12.7 Tray BD-Combo |
| XPS 15 | PLDS DS-8A5SH 12.7 SATA Trayload DVDRW |
| XPS 15 | PLDS DS-6E2SH 12.7 Tray BD-Combo |
| Latitude E5430 | PLDS DS-8D3SH 8X 12.7 SATA Trayload DVD |
| Latitude E5530 | PLDS DS-8D3SH 8X 12.7 SATA Trayload DVD |
| Vostro 3460 | PLDS DS-6E2SH 12.7 Tray BD-Combo |
| Vostro 3560 | PLDS DS-6E2SH 12.7 Tray BD-Combo |
| Optiplex 3010 | PLDS DS-6E2SH 12.7 Tray BD-Combo |
| Precision T5600 | PLDS DS-8D3SH 8X 12.7 SATA Trayload DVD |
| Precision T7600 | PLDS DS-8D3SH 8X 12.7 SATA Trayload DVD |

| | |
|---|---|
| Inspiron 660 mini tower | PLDS DVD+/-RW DH-16ACS |
| Inspiron 15R Special Edition | PLDS DS-6E2SH 12.7 Tray BD-Combo |

21. Specifically, Defendant HP has infringed and continues to infringe at least independent Claim 34 and dependent claims 35 and 37 of the '044 Patent, by its manufacture, use, sale, importation, and/or offer for sale of computers that include disc drives manufactured by PLDS.

22. Upon information and belief, the Defendant's personal computers, notebooks, and laptops that include the PLDS disc drives include, without limitation:

| **HP Computer** | **PLDS Disc Drive** |
|---|---|
| HP 2000-2b20NR Notebook PC | PLDS DS-8A8SH |
| HP ENVY dv7-7212nr Notebook PC | PLDS DS-8A8SH |
| HP Pavilion dv6t-7000 CTO Entertainment Notebook PC | PLDS DS-8A8SH |
| HP ENVY dv6-7214nr Notebook PC | PLDS DS-8A8SH |
| HP Pavilion g6t-2000 Notebook PC | PLDS DS-8A8SH |
| HP Pavilion g6t-2300 Select Edition Notebook PC | PLDS DS-8A8SH |
| HP ENVY dv7-7250us Notebook PC | PLDS DS-8A8SH |
| HP ENVY dv6-7220us Notebook PC | PLDS DS-8A8SH |

| HP Computer | PLDS Disc Drive |
|---|---|
| HP Pavilion dv6t-7000 Quad Edition Entertainment Notebook PC | PLDS DS-8A8SH |
| HP Pavilion dv7t-7000 Quad Edition Entertainment Notebook PC | PLDS DS-8A8SH |
| HP ENVY dv6z-7200 Notebook PC | PLDS DS-8A8SH |
| HP ENVY dv4t-5200 Notebook PC | PLDS DS-8A8SH |
| HP ENVY dv6-7210us Notebook PC | PLDS DS-8A8SH |
| HP Pavilion g7z-2200 Notebook PC | PLDS DS-8A8SH |
| HP Pavilion g6z-2200 Notebook PC | PLDS DS-8A8SH |
| HP ENVY dv7-7230us Notebook PC | PLDS DS-8A8SH |
| HP Pavilion g6-2260us Notebook PC | PLDS DS-8A8SH |

23.     Once the disc drives are included in computers manufactured by ASUS, Dell, and HP, the systems, as sold by ASUS, Dell, and HP respectively include a processor, software, and memory of the personal computer and comprise a "single read and write CD drive, which receives and reads a CD having audio data recorded thereon," as well as compression circuitry for Mpeg Layer-3 compression, and a mass memory device sufficient to store data read from a CD, and provide the stored and compressed data to a recordable CD.

24. Specifically, Defendant PLDS has infringed and continues to infringe at least independent Claim 34 of the '044 Patent, by its manufacture, use, sale, importation, and/or offer for sale of the PLDS PX-B310U, the LITE-ON eHBU312, and the drives listed above with respect to Defendants Dell, HP, and ASUS.

25. Defendant PLDS infringes under at least 35 U.S.C. § 271(b), (c) & (f). Defendant PLDS has knowledge of the patent-in-suit at least as early as the filing of this lawsuit, and is thus on notice of its infringement, as well as knowledge that the disc drives that it supplies to Dell, HP, and ASUS are especially made and/or especially adapted for use in an infringement of the patent-in-suit, that the disc drives listed above, as well as others, are not a staple article or commodity of commerce suitable for substantial non-infringing use.

26. Defendant PLDS supplies or causes to be supplied in the United States at least the disc drives listed above with respect to Dell, HP, and ASUS. The supply is performed in such a manner as to actively induce the combination of such components either inside or outside the United States.

27. Defendant PLDS supplies or causes to be supplied in or from the United States the disc drives listed above with respect to Dell, HP, and ASUS with knowledge that the disc drives are especially made and/or especially adapted for use in the invention, that the disc drives are not a staple article or commodity of commerce suitable for substantial non-infringing use, and with knowledge – at least as of the filing of this law suit – that such component will be combined outside of the United States in a manner that would infringe the patent-in-suit if such combination occurred within the United States.

28. Plaintiff has been irreparably damaged as a consequence of Defendants' infringement, for which there is no adequate remedy at law, and such damage will continue without the relief sought herein.

29. Plaintiff reserves the right to assert additional claims of the Patent-in-Suit.

## IV. JURY DEMAND

Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendants, and that the Court grant Plaintiff the following relief:

a. Judgment that one or more claims of United States Patent No. RE44,044 has been infringed, either literally and/or under the doctrine of equivalents, by Defendants;

b. Judgment that Defendants account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendants' infringing activities and other conduct complained of herein;

c. That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendants' infringing activities and other conduct complained of herein;

d. That the Court declare this an exceptional case and award Plaintiff its reasonable attorney's fees and costs in accordance with 35 U.S.C. § 284; and

e. That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

Dated: March 28, 2014.                                    Respectfully submitted,

/s/ Decker A. Cammack
State Bar No. 24036311
Jonathan T. Suder (Lead Counsel)
State Bar No. 19463350
Glenn S. Orman
State Bar No. 24074838

                FRIEDMAN, SUDER & COOKE
                Tindall Square Warehouse No. 1
                604 East 4th Street, Suite 200
                Fort Worth, Texas 76102
                (817) 334-0400
                Fax (817) 334-0401
                jts@fsclaw.com
                cammack@fsclaw.com
                orman@fsclaw.com

                **ATTORNEYS FOR PLAINTIFF**